UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Margareth Santos,                                    Case No. 23-19975-CLC

                                                     Chapter 13

      Debtor.
_____/

### TRUSTEE'S MOTION TO REDIRECT PAYMENT OF DEPARTMENT OF THE TREASURY- INTERNAL REVENUE SERVICE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

1. The Confirmed Chapter 13 Plan lists unsecured priority payments to The Department of the Treasury-Internal Revenue Service totaling $3,975.21 [ECF No. 26].

2. The Department of the Treasury- Internal Revenue Service has filed an amended Proof of Claim No. 1-2 providing the total amount of unsecured priority claim to be $3,657.21.

3. The Trustee seeks authorization to redirect any unsecured priority plan payments designated to the Department of the Treasury- Internal Revenue Service above the amounts listed in Proof of Claim No. 1-2 to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect priority plan payments designated to the Department of the Treasury-Internal Revenue Service above the amounts listed in Proof of Claim No. 1-2 to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Kenia Molina
KENIA MOLINA, ESQ.
FLORIDA BAR NO: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 10/7/2024

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on 10/7/2024, via CM/ECF on Debtor(s) attorney and:

**By regular U.S. mail:**

Department of the Treasury-Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(POC 1-2)

Internal Revenue Service
801 Broadway, M/S MDP 146
Nashville, TN 37203
(POC 1-2)

Honorable Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Honorable Markenzy Lapointe
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

Special Assistant United States
Associates Area Counsel (SBSE)
Fort Lauderdale Division
1000 S. Pine Island Road
Suite 300
Plantation, FL 33324

Special Assistant United States
Associates Area Counsel (SBSE)
Miami Division
P.O. Box 9, Stop 8000
51 SW 1st Avenue
Miami, FL 33130

                                                NANCY K. NEIDICH,
                                                Standing Chapter 13 Trustee

By: _____
                                                KENIA MOLINA, ESQ.
                                                FLORIDA BAR NO: 0085156
                                                P.O. BOX 279806
                                                MIRAMAR, FL 33027
                                                (954) 443-4402